No. 04–10740. GONZALEZ GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 04–10741. HOUGH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 04–10742. FLUELLEN *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied. 

No. 04–10743. GRANT *v.* DISTRICT ATTORNEY OF THE COUNTY OF BUCKS ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–10744. COLLINS *v.* WEST, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–10745. JOHNSON ET AL. *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. 

No. 04–10746. MARIAN *v.* CITY OF OXNARD, CALIFORNIA, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–10748. PRITCHETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 04–10749. JEAN, AKA GEORGE *v.* CHARLOTTE CORRECTIONAL INSTITUTION ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–10750. SKURDAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 04–10751. SIZEMORE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–10752. DUNCAN *v.* SULLIVAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10753. LEBAR *v.* MONROE COUNTY CHILDREN AND YOUTH SERVICES ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–10754. JONES *v.* STERNES ET AL. C. A. 7th Cir. Certiorari denied. 

No. 04–10755. DELGADO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 05–4. SMITH *v.* CONSOLIDATED FREIGHTWAYS. Commw. Ct. Pa. Certiorari denied.